Cynthia L. Ducey, ABA No. 8310161
DUCEY & ASSOCIATES LLC
745 W 4th Avenue, Suite 425
Anchorage, AK  99501
Phone:  (907) 222-5036
Fax:  (907) 222-5026
Email:  cld@duceylawak.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAMIL LAURETA,

      Plaintiff,

  v.

FOOD SERVICES OF AMERICA, INC.,

      Defendant.

Case No. 3:18-cv-_____

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT CASE NO. 3AN-18-10278 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO THE PLAINITFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant Food Services of America, Inc., contemporaneous with the filing of this Notice, is effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Third Judicial District,

Notice of Removal of Case from State Court
(Superior Court Case No. 3AN-18-10278 Civil)
*Laureta v. Food Services of America, Inc.* / Case No. 3:18-cv-_____      Page 1 of 3
Case 3:18-cv-00276-SLG   Document 1   Filed 11/21/18   Page 1 of 3

to the United States District Court for the District of Alaska. A true and correct copy of the Notice to Superior Court of Filing Notice of Removal filed in Case No. 3AN-18-10278CI is attached hereto as **Exhibit A**. The removal is based on the following grounds:

1. On or about November 7, 2018, there was filed in the Superior Court for the State of Alaska the above-titled action, Case No. 3AN-18-10278CI.

2. On or about November 13, 2018, the Defendant was served with a copy of the complaint and summons, via certified mail, at the offices of its registered agent in Juneau, Alaska.

3. A true and correct copy of the complaint is attached hereto as **Exhibit B** and is incorporated by reference herein as though full set forth.

4. Plaintiff is a resident of the State of Alaska.

5. Defendant is a corporation organized under the laws of the State of Delaware, with its principal place of business in Arizona. Defendant's corporate citizenship is Delaware.

6. The United States District Court has jurisdiction over the superior court action in this matter, based on diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

7. On information and belief, based on the allegations of the complaint, and without conceding same, Plaintiff's claims exceed $75,000.

Notice of Removal of Case from State Court
(Superior Court Case No. 3AN-18-10278 Civil)
*Laureta v. Food Services of America, Inc.* / Case No. 3:18-cv-_____ Page 2 of 3
Case 3:18-cv-00276-SLG   Document 1   Filed 11/21/18   Page 2 of 3

8. This notice of removal is timely filed in that it is filed within 30 days of receipt of a copy of the complaint by Defendant, which sets out a claim for relief.

9. Defendant expressly consents to this notice of removal.

10. The notice to State Superior Court of the notice of removal is being filed contemporaneously with this notice in federal court.

DATED this 20th day of November, 2018, at Anchorage, Alaska.

DUCEY & ASSOCIATES LLC
Attorneys for Defendant

/s/ Cynthia L. Ducey
ABA No. 8310161

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, a copy of the foregoing document was served by mail and electronically on:

Douglas G. Johnson
Johnson Beard & Trueb, PC
330 L St
Anchorage AK 99501
djohnson@jktlegal.com

/s/ Cynthia L. Ducey

4840-8622-7584, v. 1

Notice of Removal of Case from State Court
(Superior Court Case No. 3AN-18-10278 Civil)
*Laureta v. Food Services of America, Inc.* / Case No. 3:18-cv-_____    Page 3 of 3
Case 3:18-cv-00276-SLG   Document 1   Filed 11/21/18   Page 3 of 3