IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RAMIL LAURETA, ) | |
| Plaintiff, ) | |
| v. ) | |
| FOOD SERVICES OF AMERICA, INC., ) | |
| Defendant. ) | Case No. 3AN-18-10278CI |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on November 20, 2018, the Defendant, Food Services of America, Inc., named as Defendant in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, its notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District Court for the District of Alaska is attached hereto.

DUCEY & ASSOCIATES LLC
745 WEST FOURTH AVENUE, SUITE 425
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 222-5036
FAX (907) 222-5026

Notice to Superior Court of Filing Notice of Removal
*Laureta v. Food Services of America, Inc.* / Case No. 3AN-18-10278CI          Page 1 of 2

Case 3:18-cv-00276-SLG   Document 1-1   Filed 11/21/18   Page 1 of 2   EXHIBIT A, Page 1 of 2

DATED this 20th day of November, 2018.

DUCEY & ASSOCIATES LLC
Attorneys for Defendant
Food Services of America, Inc.

*Cynthia Ducey*
Cynthia L. Ducey
Alaska Bar No. 8310161

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent for Ducey & Associates LLC for service of papers pursuant to Civil Rule 5, and that on this 20th day of November, 2018, a copy of the above-referenced document was served by ☑ mail ☐ email ☐ hand delivery ☐ fax upon:

Douglas G. Johnson
Johnson Beard & Trueb, PC
330 L St
Anchorage AK 99501
djohnson@jktlegal.com

*Jeannie Basinger*
Jeannie L. Basinger
4840-6093-0688, v. 1

DUCEY & ASSOCIATES LLC
745 WEST FOURTH AVENUE, SUITE 425
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 222-5036
FAX (907) 222-5026

Notice to Superior Court of Filing Notice of Removal
*Laureta v. Food Services of America, Inc.* / Case No. 3AN-18-10278CI

Page 2 of 2

Case 3:18-cv-00276-SLG   Document 1-1   Filed 11/21/18   Page 2 of 2 EXHIBIT A, Page 2 of 2