Cynthia L. Ducey, ABA No. 8310161
DUCEY & ASSOCIATES LLC
745 W 4th Avenue, Suite 425
Anchorage, AK  99501
Phone:  (907) 222-5036
Fax:  (907) 222-5026
Email:  cld@duceylawak.com

Attorneys for Defendant and Third Party Plaintiff Food Services of America, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAMIL LAURETA,<br><br>    Plaintiff,<br><br>  v.<br><br>FOOD SERVICES OF AMERICA, INC.,<br><br>    Defendant.<br><br>FOOD SERVICES OF AMERICA, INC.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>TW SERVICES, INC.,<br><br>    Third-Party Defendant. | Case No. 3:18-cv-00276-SLG |

**STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE**

Pursuant to Federal Civil Rule of Procedure 41(a)(1)(A)(ii) Plaintiff Ramil Laureta, Defendant and Third Party Plaintiff, Food Services of America, Inc., and Third Party Defendant, TW Services, Inc., through their respective counsel, file this stipulation,

Stipulation to Voluntarily Dismiss with Prejudice
*Laureta v. Food Services of America, Inc. /* Case No. 3:18-cv-00276-SLG    Page 1 of 3
Case 3:18-cv-00276-SLG   Document 35   Filed 07/09/19   Page 1 of 3

signed by counsel for all parties to the action, to voluntarily dismiss this action in its entirety with prejudice, including all claims that were brought or could have been brought by Plaintiff against Defendant, and all claims that were brought or that could have been brought by Defendant/Third Party Plaintiff against Third Party Defendant, with all parties to bear their own costs and fees. The parties further stipulate and agree that any pending motions are withdrawn.

DATED: July 9, 2019      JOHNSON BEARD & TRUEB, PC
                         Attorneys for Plaintiff Ramil Laureta

                         /s/ Douglas G. Johnson
                         ABA No. 9511061

DATED: July 9, 2019      DUCEY & ASSOCIATES LLC
                         Attorneys for Defendant and Third Party
                         Plaintiff Food Services of America

                         /s/ Cynthia L. Ducey
                         ABA No. 8310161

DATED: July 9, 2019      HOLLAND & KNIGHT LLP
                         Attorneys for Third Party Defendant
                         TW Services, Inc.

                         /s/ Matthew Singer
                         ABA No. 9911072

Stipulation to Voluntarily Dismiss with Prejudice
*Laureta v. Food Services of America, Inc.* / Case No. 3:18-cv-00276-SLG     Page 2 of 3
Case 3:18-cv-00276-SLG   Document 35   Filed 07/09/19   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, a copy of the foregoing document was served electronically on:

Douglas G. Johnson
Johnson Beard & Trueb, PC
330 L St
Anchorage AK 99501
djohnson@jbtattorneys.com

Matthew Singer
Lee C. Baxter
Holland & Knight LLP
420 L St Ste 400
Anchorage AK 99501
matt.singer@hklaw.com
lee.baxter@hklaw.com

/s/ Cynthia L. Ducey

4845-3801-9484, v. 1

Stipulation to Voluntarily Dismiss with Prejudice
*Laureta v. Food Services of America, Inc. /* Case No. 3:18-cv-00276-SLG  Page 3 of 3
Case 3:18-cv-00276-SLG   Document 35   Filed 07/09/19   Page 3 of 3